# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CARLOS RAY FRAZIER**                                                    **PLAINTIFF**
**#650936**

**V.**                    **NO. 4:22-cv-00692-JM-ERE**

**JUDY BROWLEY,** *et al.*                                          **DEFENDANTS**

## RECOMMENDED DISPOSITION

### I.  Procedure for Filing Objections

This Recommendation for the dismissal of Mr. Frazier's claims has been sent to United States District Judge James M. Moody Jr. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If no objections are filed, Judge Moody may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

### II. Discussion

Plaintiff Carlos Ray Frazier, formerly an inmate at the W.C. Brassell Detention Center, filed this lawsuit *pro se* under 42 U.S.C. § 1983. *Doc. 1.*

On August 29, 2022, mail sent to Plaintiff Carlos Ray Frazier from the Court was returned as undeliverable with the notation "no longer housed @ this address." *Doc. 5.*

On August 30, 2022, the Court ordered Mr. Frazier to notify the Court of his current address within 30 days or risk dismissal of his complaint. *Doc. 6.* To date, he has not responded to the Court's August 30 Order, and the time to do so has passed.

Mr. Frazier has failed to inform the Court of his current address, as required by this Court's Initial Order (*Doc. 2*) and Local Rule 5.5(c)(2). As a result, the Court has no way to communicate with Mr. Frazier regarding his lawsuit.

### III. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Frazier's claims be DISMISSED, without prejudice, based on his failure to: (1) comply with this Court's Initial Order and Local Rule 5.5(c)(2); (2) respond to the Court's August 30 Order; (3) update his address; and (4) prosecute this lawsuit.

2. The Clerk be instructed to close this case.

Dated this 3rd day of October, 2022.

_____
UNITED STATES MAGISTRATE JUDGE