IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CARLOS RAY FRAZIER**                                            **PLAINTIFF**
**#650936**

V.                                NO. 4:22-cv-00692-JM

**JUDY BROWLEY**, *et al.*                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 26th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE